**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-7211**

───────────

LESLIE CLAY KING,

Plaintiff - Appellant,

versus

ROBEY C. LEE; SHERRY MCFEATERS; JANE DOE,
a/k/a R. Mac; DONALD LISH,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Malcolm J. Howard,
District Judge. (CA-04-414-1-H)

───────────

Submitted:  November 3, 2004        Decided:  December 13, 2004

───────────

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Leslie Clay King, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leslie Clay King appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action as frivolous pursuant to 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See King v. Lee</u>, No. CA-04-414-1-H (E.D.N.C. July 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>